Irene Karbelashvili, State Bar Number 232223
Law Office of Irene Karbelashvili
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Kenneth J. Pinto, State Bar Number 221422
Law Office of Kenneth J. Pinto
12 South First Street, Suite 713
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for DONALD LEE IVANS, Plaintiff

*IT IS SO ORDERED*
*Judge Edward J. Davila*
4/10/2014

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LEE IVANS,<br>　　　　Plaintiff,<br><br>vs.<br><br>CLICKAWAY CORPORATION, a Delaware corporation, d/b/a VERIZON WIRELESS; WIRELESS STORE, INC., a California corporation, d/b/a VERIZON WIRELESS; and DOES 1-20, Inclusive,<br>　　　　Defendants. | Case No. 5:14-CV-01401-EJD<br><br>*Civil Rights*<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF AGAINST WIRELESS STORE, INC., a California corporation, d/b/a VERIZON WIRELESS AND RESERVATION OF RIGHTS AGAINST CODEFENDANTS**<br>*(Fed. R. Civ. P. 41(a)(1)(A)(i))* |

To: CLICKAWAY CORPORATION, a Delaware corporation, d/b/a VERIZON WIRELESS; WIRELESS STORE, INC., a California corporation, d/b/a VERIZON WIRELESS, Defendants and their attorneys.

The undersigned counsel for Plaintiff, DONALD LEE IVANS, dismisses without prejudice the complaint in this action as to Defendant WIRELESS STORE, INC., a California corporation, d/b/a VERIZON WIRELESS, who was erroneously sued, and

reserves all of Plaintiff's rights against Defendant, CLICKAWAY CORPORATION, a Delaware corporation, d/b/a VERIZON WIRELESS, who has not yet been served.

Dated: April 9, 2014  /s/  *Irene Karbelashvili*
Irene Karbelashvili, Attorney for Plaintiff
DONALD LEE IVANS