IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONALD LEE IVANS, | CASE NO. 5:14-cv-01401 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| CLICKAWAY CORPORATION, | |
| Defendant(s). | |

Having reviewed Plaintiff's Case Management Statement (see Docket Item No. 16), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for July 18, 2014, is VACATED, and Plaintiff shall comply with the following orders:

1. Plaintiff shall file a request that the clerk enter Defendant's default on or before **July 25, 2014,** unless Defendant enters an appearance in this action prior to that date.
2. Once Defendant's default is entered, Plaintiff shall file a Motion for Entry of Default Judgment within 20 days of the entry.
3. If Defendant enters an appearance prior to entry of default, Plaintiff shall file within 7 days of the appearance an administrative motion requesting that a Case Management Conference be rescheduled.

**IT IS SO ORDERED.**

Dated: July 16, 2014

EDWARD J. DAVILA
United States District Judge